```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

RAUL R. BENCOMO                              CIVIL ACTION

VERSUS                                       NO: 06-2473

GUIDANT CORPORATION, ET AL.                  SECTION: "J" (1)
```

**ORDER**

Before the Court is Plaintiff's **Objection to Magistrate Judge's Order and Motion for Review (Rec. Doc. 80).** As a preliminary matter, Plaintiff has also filed a **Motion for Expedited Hearing (Rec. Doc. 81)** and has requested oral argument. The motion to expedite hearing is granted. However, oral argument is canceled as the Court does not find it to be necessary. Therefore this motion, which is opposed, is being considered on the briefs on an expedited basis. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that Plaintiff's objection and motion for review should be denied.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed R. Civ. P. 72(a). When objections are raised to such a motion the district judge must

consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law."  Id.  Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed."  United States v. United States Gypsum Co., 333 U.S. 364, 395 (1948).  After reviewing the case, the magistrate judge's order and the arguments of the parties the Court finds that no such mistake has been made in the magistrate judge's Order (Rec. Doc. 79).  Accordingly,

**IT IS ORDERED** that Plaintiff's **Objection to Magistrate Judge's Order and Motion for Review (Rec. Doc. 80)** is hereby **DENIED.**

New Orleans, Louisiana, this 23rd day of October, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE