UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAUL R. BENCOMO                                CIVIL ACTION

VERSUS                                         NO: 06-2473

GUIDANT CORPORATION, ET AL                     SECTION: "J" (1)

**ORDER**

Before the Court is the plaintiff's **Objection to Magistrate Judge's Order and Motion for Review (Rec Doc. 98)**. This motion, which is opposed, is set for hearing on March 18, 2009. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that the plaintiff's objection and motion for review should be denied.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a ruling the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed."

<u>United States v. Untied States Gypsum Co.</u>, 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's order, and the arguments of the parties this Court finds that no such mistake has been made in the magistrate judge's Order (Rec. Doc. 97) and the plaintiff has not shown that the magistrate judge's ruling is "clearly erroneous or contrary to law." Accordingly,

**IT IS ORDERED** that the plaintiff's **Objection to Magistrate Judge's Order and Motion for Review (Rec. Doc. 98)** is hereby **DENIED.**

**IT IS FURTHER ORDERED** that oral argument requested on this motion is hereby **CANCELLED**.

New Orleans, Louisiana, this 12th day of March, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE